UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

FILED
JUN 27 2017
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

UNITED STATES OF AMERICA )
) No. 1:17-cr-95
v. )
) JUDGES Collier/Steger
JASON HERNANDEZ, a.k.a. )
Lancer Patterson, a.k.a. )
Lance Patterson, a.k.a. )
Lance Hernandez.

## INDICTMENT

### COUNT ONE
### Financial Institution Fraud

The Grand Jury charges that, in or about May 2014, within the Eastern District of Tennessee, the defendant JASON HERNANDEZ, a.k.a. Lancer Patterson, a.k.a. Lance Patterson, a.k.a. Lance Hernandez, did knowingly execute and attempt to execute a scheme and artifice to defraud a financial institution, and to obtain money and funds owned by and under the custody and control of a financial institution by means of false pretenses and representations, in that he applied for, and was given a loan in the amount of approximately $17,650.00, by using and representing as his own, the unique social security number of G.L.P., xxx-xx-1189, an individual whose full identity and Social Security number is known to the Grand Jury, and which loan was provided by Healthcare Services Credit Union, a financial institution as defined by 18 U.S.C. § 20, and whose deposits, at all times material to this Indictment, were insured by the National Credit Union Administration.

All in violation of 18 U.S.C. § 1344.

### COUNT TWO
### False Report on Loan Application

THE GRAND JURY FURTHER CHARGES:

1. The allegations of Count One are hereby realleged and incorporated as if set forth herein.

2. In or about May 2014, within the Eastern District of Tennessee, the defendant JASON HERNANDEZ, a.k.a. Lancer Patterson, a.k.a. Lance Patterson, a.k.a. Lance Hernandez, knowingly made a false statement and report for the purpose of influencing the action of a financial institution in connection with an application and a loan as alleged in Count One of this Indictment, that is, the defendant submitted falsified pay stubs to Healthcare Services Credit Union purporting to show that the defendant had earned income when in fact, as he knew, he had not earned the income represented on the falsified pay stubs.

All in violation of 18 U.S.C. § 1014.

## COUNT THREE
### Aggravated Identity Theft

The Grand Jury further charges that, in or about May 2014, within the Eastern District of Tennessee, the defendant JASON HERNANDEZ, a.k.a. Lancer Patterson, a.k.a. Lance Patterson, a.k.a. Lance Hernandez, did, without lawful authority, knowingly possess and use a means of identification of another person, the Social Security number of G.L.P., xxx-xx-1189, an individual whose full name and Social Security Number are known to the Grand Jury, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(a)(1), that is, financial institution fraud in violation of 18 U.S.C. § 1344 as alleged in Count One, which Count is incorporated herein by reference.

All in violation of 18 U.S.C. § 1028A(a)(1).

## COUNT FOUR
## False Bankruptcy Declaration

The Grand Jury further charges that, in or about April 2016, within the Eastern District of Tennessee, the defendant JASON HERNANDEZ, a.k.a. Lancer Patterson, a.k.a. Lance Patterson, a.k.a. Lance Hernandez, knowingly and fraudulently made a material false declaration, certificate, and verification under the penalty of perjury, as permitted under Section 1746 of Title 28, in and in relation to a case under Title 11, that is, *In re Jason NMN Hernandez,* Case No. 1:16-bk-11476 NWW, by declaring on a declaration about the defendant's schedules that the submitted summary and schedules were true and correct, when in fact, as the defendant well knew, he fraudulently failed to disclose all of his creditors.

All in violation of 18 U.S.C. § 152(3).

## COUNTS FIVE through EIGHT
## Wire Fraud

**THE GRAND JURY FURTHER CHARGES:**

### BACKGROUND

1. In or about March 2014 to in or about June 2015, the defendant, JASON HERNANDEZ, a.k.a. Lancer Patterson, a.k.a. Lance Patterson, a.k.a. Lance Hernandez, sought consumer loans from lending companies located in the Eastern District of Tennessee.

2. Each of the lending companies routinely required potential borrowers to provide proof of employment and income and their Social Security numbers so that they could perform credit checks of the potential borrower's credit history. The credit checks were conducted online via wires from the lending companies located in the Eastern District of Tennessee to the credit reporting agencies located outside the state of Tennessee. The results of a potential borrower's credit check based on the credit history of the person associated with the provided Social
3

Security number was material to the lending companies' evaluation of the risks associated with lending money to the potential borrower.

## SCHEME TO DEFRAUD

3. On or about the dates listed below, the defendant, JASON HERNANDEZ, a.k.a. Lancer Patterson, a.k.a. Lance Patterson, a.k.a. Lance Hernandez, devised and intended to devise a scheme to defraud lending companies, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises. That is, the schemes were designed to obtain loans using false and fraudulent pretenses and representations.

4. It was part of the schemes to defraud, that the defendant would provide other individuals' Social Security numbers as his own to generate a favorable credit report and conceal an unfavorable credit report.

5. It was also part of the scheme to defraud that the defendant would cause each lending company to transmit a wire in interstate commerce from the Eastern District of Tennessee to credit reporting agencies located outside of Tennessee seeking a credit report based on the Social Security number the defendant fraudulently represented as his own.

6. It was also part of the scheme to defraud that the defendant would also provide false employment and income information to obtain the loans.

7. It was also a part of the scheme to defraud that the defendant would receive funds from the lending companies based in part on the credit report provided by the credit reporting agencies and the false income information and the defendant would convert such funds to his personal use.

## EXECUTION

8. Paragraphs 1-7 of this this section are hereby realleged and incorporated by reference.

9. On or about the dates listed below, within the Eastern District of Tennessee and elsewhere, the defendant JASON HERNANDEZ, a.k.a. Lancer Patterson, a.k.a. Lance Patterson, a.k.a. Lance Hernandez, did knowingly transmit, and cause to be transmitted, by means of a wire in interstate commerce certain writings, signs, signals, and sounds; that is, the defendant caused the lending companies listed below to send a wire from within the Eastern District of Tennessee to a location outside the state of Tennessee to conduct a credit check based on Social Security numbers (XXX-XX-1189) and (XXX-XX-0884), belonging to G.L.P. and G.K.P., as specified below, which the defendant presented as his own but which in fact belonged to other individuals, as follows:

| Count | On or about | Lending Company Defrauded Social Security number used | Wire | Approximate Loan Amount |
|---|---|---|---|---|
| 5 | July 2014 | Citizens Savings and Loan G.L.P. (xxx-xx-1189) | **From**: East Brainerd, TN. **To**: Equifax, Alpharetta, GA. | $2,555.00 |
| 6 | June 2014 | American Trust Cash Advance G.L.P. (xxx-xx-1189) | **From**: Cleveland, TN. **To**: Equifax, Alpharetta, GA. | $999.00 |
| 7 | May 2015 | Western Finance/Western Shamrock G.K.P. (xxx-xx-0884) | **From**: East Ridge, TN. **To**: Equifax, Alpharetta, GA. | $300.00 |
| 8 | June 2015 | Employee's Finance G.K.P. (xxx-xx-0884) | **From**: Chattanooga, TN. **To**: Equifax, Alpharetta, GA. | $250.00 |

All in violation of Title 18 U.S.C. § 1343.

## COUNT NINE
### Aggravated Identity Theft

The Grand Jury further charges that, in or about June 2015, within the Eastern District of Tennessee, the defendant JASON HERNANDEZ, a.k.a. Lancer Patterson, a.k.a. Lance Patterson, a.k.a. Lance Hernandez, did, without lawful authority, knowingly possess and use a means of

identification of another person, the Social Security number of G.K.P., xxx-xx-0884, an individual whose full name is known to the Grand Jury, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(a)(1) that is, wire fraud in violation of 18 U.S.C. § 1343 as alleged in Count Eight, which Count is incorporated herein by reference.

All in violation of 18 U.S.C. § 1028A(a)(1).

A TRUE BILL:

███████████████████████
GRAND JURY FOREPERSON

NANCY STALLARD HARR
United States Attorney

By: _____
Jeremy S. Dykes
Assistant United States Attorney

6